# EXHIBIT A



# SHEFF LAW

*Law Offices of Steven B. Stein*

APR 2 5 2016

Received

THE DANIEL WEBSTER SUITE
TEN TREMONT STREET
BOSTON, MASSACHUSETTS 02108
PHONE 617-227-7000
FAX 617-227-8833
www.shefflaw.com

DOUGLAS K. SHEFF

DONALD R. GRADY, JR.*
FRANK J. FEDERICO, JR.

*Also admitted in New York
**Also admitted in California
***Also admitted in Maine

SUSAN E. BOCHNAK
KELSEY R. RAYCROFT*
MATTHIEU J. PARENTEAU***

STEPHEN J. CHIASSON** (of counsel)

IRVING H. SHEFF (1922-2007)

April 22, 2016

CERTIFIED MAIL

Tiger Stop
12909 NE 95th Street
Vancouver, Washington  98682

Re:   Tyler Gwozdz v. TigerStop, LLC.

Dear Sir/Madam:

    Pursuant to the Massachusetts Long Arm Statute, enclosed please find a copy of the following documents:  Complaint and Jury Demand, Summons, Plaintiff's Interrogatories to the Defendant, Plaintiff's Request for Production of Documents to Defendant, Civil Action Cover Sheet, Tracking Order, and Notice of Taking Deposition.

    Please refer this matter to your insurance company or legal representative.  Thank you for your courtesy and cooperation.

Very truly yours,

Kelsey R. Raycroft
SHEFF LAW OFFICES, P.C.

cc:   Mark Roder, Esq.
    (By Certified Mail No.: 7015343000008214457)

KRR:mer

Enclosures
Pre#/Corr/Gwozdz-Tiger Stop-Long Arm Service-04-22-16
Certified Mail No.: 70153430000080214440

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                       SUPERIOR COURT
                                                                   C.A. NO: 16-00475F

---

TYLER GWOZDZ,

　　*Plaintiff*

v.

TIGERSTOP, LLC.

　　*Defendant*

---

## AFFIDAVIT OF COMPLIANCE

I, Kelsey R. Raycroft, a member of the Massachusetts Bar in good standing, do hereby depose and state:

1. On April 22, 2016, I served a copy of the Complaint and Jury Demand, Summons, Plaintiff's Interrogatories to the Defendant, Plaintiff's Request for Production of Documents to the Defendant, Civil Action Cover Sheet, Tracking Order and Notice of Taking Deposition upon the Defendant, Tiger Stop, LLC.

2. I have attached a copy of the correspondence and the Certified Mail Receipt as Exhibit A.

Signed under the pains and penalties of perjury this 2nd day of May, 2016.

　　　　　　　　　　　　　　　　　　　　The Plaintiff, Tyler Gwozdz,
　　　　　　　　　　　　　　　　　　　　By his attorneys

　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　Donald R. Grady, Jr., BBO# 544841
　　　　　　　　　　　　　　　　　　　　Kelsey R. Raycroft, BBO#: 692102
　　　　　　　　　　　　　　　　　　　　SHEFF LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　　Ten Tremont Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　(617) 227-7000
　　　　　　　　　　　　　　　　　　　　DGrady@Shefflaw.com
　　　　　　　　　　　　　　　　　　　　KRaycroft@Shefflaw.com

Date: 5/2/16

EXHIBIT A



# SHEFF LAW

THE DANIEL WEBSTER SUITE
TEN TREMONT STREET
BOSTON, MASSACHUSETTS 02108
PHONE 617-227-7000
FAX 617-227-8833
www.shefflaw.com

DOUGLAS K. SHEFF

DONALD R. GRADY, JR.*
FRANK J. FEDERICO, JR.

*Also admitted in New York
**Also admitted in California
***Also admitted in Maine

SUSAN E. BOCHNAK
KELSEY R. RAYCROFT*
MATTHIEU J. PARENTEAU***

STEPHEN J. CHIASSON** (of counsel)

IRVING H. SHEFF (1922-2007)

April 22, 2016

CERTIFIED MAIL

Tiger Stop
12909 NE 95th Street
Vancouver, Washington 98682

Re: Tyler Gwozdz v. TigerStop, LLC.

Dear Sir/Madam:

Pursuant to the Massachusetts Long Arm Statute, enclosed please find a copy of the following documents: Complaint and Jury Demand, Summons, Plaintiff's Interrogatories to the Defendant, Plaintiff's Request for Production of Documents to Defendant, Civil Action Cover Sheet, Tracking Order, and Notice of Taking Deposition.

Please refer this matter to your insurance company or legal representative. Thank you for your courtesy and cooperation.

Very truly yours,

Kelsey R. Raycroft
SHEFF LAW OFFICES, P.C.

cc: Mark Roder, Esq.
(By Certified Mail No.: 7015343000008214457)

KRR:mer

Enclosures
Pre#/Corr/Gwozdz-Tiger Stop-Long Arm Service-04-22-16
Certified Mail No.: 70153430000080214440

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4® in this box•

Sheff Law
Ten Tremont Street
7th Floor
Boston, MA  02108

KRR:mer
Long Arm Service – Tyler Gwozdz

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tiger Stop
   12909 NE 95th Street
   Vancouver, WA  98682

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Melissa _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Melissa ____                  4/25/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail®     ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7015  3430  0000  8021  ____

PS Form 3811, July 2013    Domestic Return Receipt