UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

TYLER GWOZDZ,  )
  )
 Plaintiff,  )
  )
v.  )    Civil Action No.:1:16-cv-10873-NMG
  )
TIGERSTOP, LLC,  )
  )
 Defendant  )
  )

### JOINT STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to the Federal Rules of Civil Procedure Rule 16(b)(4), the parties jointly request that the discovery deadlines set forth in the Order Extending Discovery Deadlines, dated June 24, 2016 (Doc. 12), be extended for good cause and in the interests of judicial efficiency to permit the parties a full and fair opportunity to continue settlement discussions in an effort to conclude this matter, and to permit the parties to substantially complete factual discovery before submitting expert reports. Moreover, allowance of this motion will serve the interests of justice and judicial economy, insofar as no party will be prejudiced, and by allowing the parties to obtain information which they reasonably require to assess the Plaintiff's claims, prepare for trial, and to narrow the areas of dispute for trial.

Parties make this stipulated request on the basis that Plaintiff moved, changed his phone number and was only recently located after all efforts were exerted to locate him through counsel beginning in December of 2016. Counsel has been working to resolve this matter and have depositions for all parties currently scheduled in the next few weeks. Parties have not requested an extension of the discovery schedule to date.

WHEREFORE, the parties stipulate and respectfully request the discovery schedule be amended as follows:
- Deadline for all written discovery to be answered by May 28, 2017
- Discovery and depositions to be completed by July 31, 2017 (extended from April 30, 2017)
- Plaintiff's experts designated and Rule 26 Reports exchanged by August 15, 2017 (extended from May 15, 2017);
- Defendant's experts designated and Rule 26 Reports exchanged by September 15, 2017 (extended from June 15, 2017)
- Plaintiff's experts deposed by September 29, 2017 (extended from June 30, 2017);
- Defendant's experts deposed by October 30, 2017 (extended from July 15, 2017);

*Handwritten annotation:* Motion allowed, in part, and denied, in part; dispositive motions shall be filed on or before Nov. 30, 2017; oppositions on or before Dec 31, 2017; final pretrial conference Tues., Feb 27, 2018 at 3:00 p.m., trial on Mon., March 5, 2018 at 9:00 A.M. There will be no further extensions. /s/ NMGorton, USDJ 4/28/17

Motion allowed, the final pretrial conference is rescheduled for